FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

MAY 12 2014

JAMES N. HATTEN, Clerk
By: _____
                    Deputy Clerk

# IN THE UNTIED STATES FREDERIC COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Ronald Koes, et.al. ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | |
| Federal National Mortgage Association, ) | |
| Nationstar Mortgage, LLC, Mortgage ) | |
| Electronic Recording Systems, Inc., and ) | |
| Unidentified Attorneys "A" and "B" and ) | |
| Witnesses "C," "D," and ) | |
| "E," and Notaries "F" and "G," ) | |
|     *Defendants*. ) | |

STATE OF GEORGIA
COUNTY OF Forsyth

### VERIFICATION

    PERSONALLY, appeared before the undersigned attesting officer duly authorized to administer oaths the State of Georgia, RONALD KOES, who having first been sworn, deposes and states, on oath, that he is having surgery for a knee replacement on Monday, May 12, 2014 and his Dr. Charles Decook advised he will be diabled for 4 to 6 weeks following the surgery.

                                                            */s/ Ronald Koes*
                                                             RONALD KOES

4018 Preston Pointe Way
Cumming, GA 30040
(770) 843-1844

**STATE OF**
**COUNTY OF**

Sworn to and subscribed before me this 8TH day of May, 2014, by Ronald Koes.

X\_\_\_\_\_   Personally Known

_____   Produced Identification

Type and # of ID _____

_____
**SIGNATURE OF NOTARY**

_____
Name of Notary
Notary Public, State of Georgia